**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7110**

———————

MALCOM MAXWELL RYIDU-X, a/k/a Richard Janey,

        Plaintiff - Appellant,

      v.

MARYLAND DIVISION OF CORRECTION; WESTERN CORRECTIONAL
INSTITUTION; JOHN DOE, Inmate Commissary Supervisor;
MARYLAND CORRECTIONAL INSTITUTION- HAGERSTOWN; LEE ANN
CRAWFORD, Office Secretary II; MAUREEN REID, Case Management
Supervisor; JOHN DOE, Keefe employee who processes inmate
requests; TONY UNKNOWN, Inmate Commissary Supervisor for
MCI-H; KEEFE COMMISSARY NETWORK, LLC.,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge. (1:14-cv-01735-WDQ)

———————

Submitted:  November 17, 2015    Decided:  November 20, 2015

———————

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Malcom Maxwell Ryidu-X, Appellant Pro Se.  Stephanie Judith
Lane-Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,
Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcom Maxwell Ryidu-X seeks to appeal the district court's order dismissing some, but not all, of his claims brought pursuant to 42 U.S.C. § 1983 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Ryidu-X seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Ryidu-X's motion for preliminary injunction and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2